COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-233-CV

IN RE MS. MORGAN RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s “Petition For Immediate Appeal Or Other Appropriate Relief,” which we construe as a petition for writ of mandamus, and is of the opinion that relief should be denied.  Accordingly, relator’s petition is denied.

PER CURIAM

PANEL A:  WALKER, LIVINGSTON, and DAUPHINOT, JJ.

DELIVERED:  July 6, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.